No. 1009. WESTERN NATURAL GAS. Co. *v.* CITIES SERVICE GAS Co. Sup. Ct. Del. Certiorari denied. MR. JUSTICE WHITE took no part in the consideration or decision of this petition. *E. Barrett Prettyman, Jr., Carroll L. Gilliam* and *Clair John Killoran* for petitioner. *Charles V. Wheeler* and *Rodney G. Buckles* for respondent.

No. 456, Misc. TROTTER *v.* BISHOP, PENITENTIARY SUPERINTENDENT. C. A. 8th Cir. Certiorari denied. *George Howard, Jr.,* for petitioner. *Bruce Bennett,* Attorney General of Arkansas, and *Jack L. Lessenberry* for respondent.

No. 457, Misc. HARRIS *v.* BISHOP, PENITENTIARY SUPERINTENDENT. C. A. 8th Cir. Certiorari denied. *George Howard, Jr.,* for petitioner. *Bruce Bennett,* Attorney General of Arkansas, and *Jack L. Lessenberry* for respondent.

No. 579, Misc. HOUSE ET AL. *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. *Gerald W. Getty, Marshall Hartman* and *James J. Doherty* for petitioners. *William G. Clark,* Attorney General of Illinois, for respondent.

No. 791, Misc. HARRIS *v.* BISHOP, PENITENTIARY SUPERINTENDENT. C. A, 8th Cir. Certiorari denied. *Wm. I. Purifoy* for petitioner. *Joe Purcell,* Attorney General of Arkansas, and *Jack L. Lessenberry* for respondent.

No. 879, Misc. HARRIS *v.* BISHOP, PENITENTIARY SUPERINTENDENT. Sup. Ct. Ark. Certiorari denied. *Wm. I. Purifoy* for petitioner. *Joe Purcell,* Attorney General of Arkansas, and *Jack L. Lessenberry* for respondent.